## Case No. 15,694.

### UNITED STATES v. McKINLEY.

[The case reported under above title in 18 Pittsb. Leg. J. 61, and 4 Brewst. 246, is the same as Case No. 14,965.]

---

## Case No. 15,695.

### UNITED STATES v. McKNIGHT.

[1 Cranch, C. C. 84.] [1]

Circuit Court, District of Columbia. April Term, 1802.

#### JUDGMENT—MISTAKE OF CLERK.

Judgment entered by mistake of the clerk, may be set aside at the next term, and the execution quashed.

[Cited in Re College Street, 11 R. I. 475.]

Indictment for gaming. The court at last term had ordered this and the other gaming cases (of which there were about forty on the docket depending on the same question of law) to stand over and be continued to this term for further argument; but the clerk, by mistake, had entered judgments upon the verdicts, and issued executions.

Mr. Simms, for defendant, moved the court to set aside the judgments and quash the executions; and cited Fox v. Glass, 2 Strange, 823, and 2 W. Bl. 943, 1097.

THE COURT assented to the motion; the error being a mistake of the clerk.